FILED

**NOT FOR PUBLICATION**

DEC 20 2013

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEJANDRO REYES-ARGUELLES, | No. 12-72883 |
| Petitioner, | Agency No. A091-720-711 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 17, 2013**

Before:    GOODWIN, WALLACE, and GRABER, Circuit Judges.

Alejandro Reyes-Arguelles, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order summarily affirming an

immigration judge's ("IJ") denial of his motion to reopen removal proceedings

conducted in absentia.  We have jurisdiction under 8 U.S.C. § 1252.  We review

---

        *    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

        **    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

for abuse of discretion the denial of a motion to reopen, and review de novo constitutional claims. *Mohammed v. Gonzales,* 400 F.3d 785, 791-92 (9th Cir. 2005). We deny the petition for review.

The IJ did not abuse his discretion in denying Reyes-Arguelles' motion to reopen where notice was proper, *see* 8 U.S.C. § 1229(a), and where Reyes-Arguelles failed to establish that exceptional circumstances excused his failure to appear at his hearing, *see* 8 U.S.C. § 1229a(e)(1) (defining exceptional circumstances as circumstances beyond the control of the alien); *Valencia-Fragoso v. INS,* 321 F.3d 1204, 1205-06 (9th Cir. 2003) (per curiam) (finding no exceptional circumstances where petitioner misunderstood the time of her hearing).

It follows that the IJ did not violate Reyes-Arguelles' due process rights by denying the motion. *See Lata v. INS,* 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring error and prejudice to prevail on a due process claim).

**PETITION FOR REVIEW DENIED.**

12-72883